**FILED**
OCT 3 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07CR 2941 H

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| JORGE MARTINEZ-MENDOZA, aka Jose Diaz-Gutierrez, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

<u>Count 1</u>

On or about 4/24/07, within the Southern District of California, defendant JORGE MARTINEZ-MENDOZA, aka Jose Diaz-Gutierrez, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on October 9, 2002 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Southern District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

ABC:es:San Diego
10/3/07

## Count 2

On or about September 19, 2007, within the Southern District of California, defendant JORGE MARTINEZ-MENDOZA, aka Jose Diaz-Gutierrez, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; and previously committed the misdemeanor offense of illegal entry, as evidenced by his conviction on October 9, 2002 for Illegal Entry, in violation of Title 8, United States Code, Section 1325, in the United States District Court for the Souther District of California; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 10/30/07

KAREN P. HEWITT
United States Attorney

S. P uc  for

AARON B. CLARK
Assistant U.S. Attorney