TIMOTHY A. SCOTT
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT
433 G. Street, Suite 202
San Diego, California  92101
Telephone:  (619) 652-9970
Facsimile: (619) 652-9964
email: timscottlaw@cox.net

Attorneys for Jorge Martinez-Mendoza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr2941-MLH |
| Plaintiff, ) | Date:   January 28, 2008 |
| ) | Time:  2:00 p.m. |
| v. ) | |
| ) | **MOTION TO DISCLOSE DISCOVERY** |
| Jorge Martinez-Mendoza, ) | |
| Defendant. ) | |

Mr. Martinez-Mendoza, by and through counsel, moves that the government disclose the discovery described in the attached memorandum.

Dated: December 18, 2007            Respectfully submitted,

                                    *s/ Timothy A. Scott*

                                    TIMOTHY A. SCOTT
                                    Attorneys for Mr. Martinez-Mendoza