FILED

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2941H |
|---|---|---|
| Plaintiff, | ) | **Superseding** |
|  | ) | I N F O R M A T I O N |
| v. | ) |  |
|  | ) | Title 8, U.S.C., Sec. 1325 - |
| JORGE MARTINEZ-MENDOZA, | ) | Illegal Entry (Misdemeanor); |
| aka Jose Diaz-Gutierrez | ) | Title 8, U.S.C., Sec. 1325 - |
|  | ) | Illegal Entry (Felony) |
| Defendant. | ) |  |

The United States Attorney charges:

Count 1

On or about August 19, 1998, within the Southern District of California, defendant JORGE MARTINEZ-MENDOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

CEM:es:San Diego
6/3/08

Count 2

On or about September 19, 2007, within the Southern District of California, defendant JORGE MARTINEZ-MENDOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 3, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney